

Dated: January 13, 2015,  10:52 AM

The following is ORDERED:

Niles Jackson
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM H. ROLIN, | ) | Bk. No. 12-16236 NLJ |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | | |
| WILLIAM H. ROLIN | ) | |
| and LORA ROLIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | AP No. 13-01030 |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION | ) | |
| AS TRUSTEE FOR MORGAN STANLEY | ) | |
| MORTGAGE LOAN TRUST 2007-6XS; | ) | |
| AMERICAN SOUTHWEST MORTGAGE CORP.; | ) | |
| FAA MORTGAGE CORPORATION; SAXON | ) | |
| MORTGAGE SERVICES, INC.;  MORGAN | ) | |
| STANLEY DEAN WITTER CAPITAL I, INC.; | ) | |
| WELLS FARGO BANK, N.A.;  MORGAN | ) | |
| STANLEY CAPITAL I, INC.; MORTGAGE | ) | |
| ELECTRONIC REGISTRATION SYSTEM, INC.; | ) | |
| JANE DOES 1-10; and JOHN DOES 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

B   15-004

NOW, on this 10th day of December, 2014, comes on for trial the Complaint filed herein by the Plaintiffs, William H. Rolin and Lora Rolin, as against the Defendant American Southwest Mortgage Corp. ("ASMC"). Plaintiffs are represented by Roland V. Combs, III and Sherry L. Doyle; Defendant ASMC is represented by Gary L. Giessmann.

After hearing the testimony of three witnesses duly sworn, having reviewed the pleadings filed in this action, having heard argument of counsel, and having considered all evidence as presented by the parties (including the Note represented by ASMC as the original, of which a copy was made by the Court and admitted as Court's Exhibit #1, with the original Note returned to ASMC as reflected by the record), the Court finds for purposes of standing and jurisdiction of this court that ASMC is the owner and holder of a certain Balloon Note which was made, executed and delivered by the Plaintiff William H. Rolin on December 15, 2006 having a face value of $90,000.00; that the Plaintiffs William H. Rolin and Lora Rolin made, executed and delivered a mortgage securing said note on the same date; and that judgment should be, and is hereby, granted to Defendant ASMC.

The Court further finds that the issues remaining between the parties are justiciable in state court, and further proceedings related to the rights of the parties are referred to the pending foreclosure in the District Court of McClain County.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT judgment in this action shall be entered in favor of the Defendant, American Southwest Mortgage Corp.

### #

APPROVED FOR ENTRY:

/s/ Gary L. Giessmann
Gary l. Giessmann, OBA #11318
Nash, Cohenour, Kelley & Giessmann, P.C.
4101 Perimeter Center Drive, Suite 200
Oklahoma City, OK 73112
Telephone: (405) 917-5000
Facsimile: (405) 917-5005
Email: garyg@nashfirm.com
Attorneys for Defendant American Southwest Mortgage Corp.

B  15-004

APPROVED FOR ENTRY:


/s/ Roland V. Combs, III
Roland V. Combs, III, OBA #11073
THE LAW FIRM OF ROLAND V. COMBS
& ASSOCIATES, PLC
P.O. Box 60647
Oklahoma City, OK 73146-0647
Telephone No.: (405) 942-7866
Fax No.: (405) 942-7845
roland.combs@rolandvcombs.com
ATTORNEY FOR PLAINTIFFS/DEBTOR


/s/ Sherry L. Doyle
Sherry L. Doyle, OBA #31836
SHERRY DOYLE PLLC
3126 S. Boulevard, #163
Edmond, Oklahoma 73013
Telephone No: (405) 757-4044
Fax No.: (405) 942-7845
sherry@sherrydoylelaw.com
ATTORNEY FOR PLAINTIFFS/DEBTOR

15-004

3